**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1190**

---

PAUL SHAO,

        Plaintiff - Appellant,

    v.

ALLSTATE INSURANCE COMPANY,

        Defendant - Appellee.

---

**No. 24-1204**

---

PAUL SHAO,

        Plaintiff - Appellant,

    v.

ALLSTATE INSURANCE COMPANY,

        Defendant - Appellee.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria.  William Edward Fitzpatrick, Magistrate Judge.  (1:23-cv-00809-RDA-WEF)

---

Submitted:  September 30, 2024            Decided:  October 22, 2024

Before AGEE and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Paul Shao, Appellant Pro Se.  Katie M. Burnett, James Scott Humphrey, BENESCH, FRIEDLANDER, COPLAN & ARNOFF, LLP, Chicago, Illinois, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Shao seeks to appeal the magistrate judge's orders ruling on Shao's Motion for Leave to File Second Amended Complaint and on the parties' multiple discovery-related motions.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  None of the appealed-from orders end the subject litigation on its merits or are immediately appealable collateral orders, *see Bridges v. Dep't of Md. State Police*, 441 F.3d 197, 206 (4th Cir. 2006) (holding that order denying motion to amend complaint "is not a final order, nor . . . an appealable interlocutory or collateral order"); *Nicholas v. Wyndham Int'l, Inc.*, 373 F.3d 537, 541 (4th Cir. 2004) ("Discovery orders are inherently interlocutory and typically not appealable." (internal quotation marks omitted)), and the appeals were not certified under 28 U.S.C. § 1292(b).

Accordingly, we dismiss the appeals for want of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

3